# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUNTRUST MORTGAGE, INC., A
VIRGINIA CORPORATION,

Appellant,

vs.

KAL-MOR-USA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,

Respondent.

No. 70238



FILED

APR 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Janet Trost, Settlement Judge
Dickinson Wright PLLC
Law Offices of Raffi A. Nahabedian
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-13508